

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2019

No. 04-19-00539-CV

Cristina **PADILLA**,
Appellant

v.

**RED LOBSTER HOSPITALITY, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21243
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant filed a notice of appeal on August 9, 2019. On August 30, 2019, we issued an order questioning our jurisdiction over this appeal. We noted the clerk's record did not contain a signed judgment disposing of all parties and claims. We suspended all appellate deadlines pending our determination of jurisdiction.

On October 23, 2019, the trial court clerk filed a supplemental clerk's record that contains a judgment signed by the trial court on October 2, 2019. The judgment disposes of all parties and claims. Therefore, we conclude that we have jurisdiction over this appeal.

Our previous order suspending appellate deadlines is lifted. The reporter's record was filed on October 24, 2019. The appellant's brief is due on or before **November 25, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk